IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOWELL QUINCY GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-2435 |
| | § | |
| UNITED STATES OF AMERICA, *ET AL.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

Lowell Quincy Green, a state inmate proceeding *pro se* and impliedly seeking leave to proceed *in forma pauperis*, filed this section 1983 lawsuit for the alleged violation of his constitutional rights.

Public federal court records show that plaintiff is a "three-strikes" inmate under 28 U.S.C. § 1915(g). Plaintiff has filed at least five frivolous prior lawsuits in federal court while in custody as a pretrial detainee or state inmate. *See Green v. Owen*, C.A. No. H-18-1693 (S.D. Tex. June 11, 2018), and the dismissed cases set out therein.

The instant complaint does not demonstrate that plaintiff was in imminent danger of serious physical injury at the time he filed the case, and he is barred from proceeding *in forma pauperis* herein. 28 U.S.C. § 1915(g).

This case is DISMISSED WITHOUT PREJUDICE under section 1915(g). All pending motions are DENIED AS MOOT. Plaintiff may move to reinstate this case in

writing upon payment of the full $400.00 filing fee within twenty-eight days from date of this order.

Signed at Houston, Texas, on July 17, 2018.

Gray H. Miller
United States District Judge